1060

No. 21. Dutton, Warden v. Evans. Appeal from C. A. 5th Cir. [Probable jurisdiction noted, 393 U. S. 1076];

No. 50. North Carolina v. Alford. Appeal from C. A. 4th Cir. [Probable jurisdiction noted, 394 U. S. 956];

No. 84. United States v. Jorn. Appeal from D. C. Utah. [Probable jurisdiction noted, 396 U. S. 810]; and

No. 179. Rogers, Secretary of State v. Bellei. Appeal from D. C. D. C. [Probable jurisdiction noted, 396 U. S. 811.] Cases restored to calendar for reargument.

No. 300. Tooahnippah (Goombi), Administratrix, et al. v. Hickel, Secretary of the Interior, et al., ante, p. 598. Motions to substitute Julia Tooahnippah (Goombi), Administratrix, in place of James Tooahimpah Tate, deceased, former Administrator of Estate of Frankie Lee Tooahnippah, deceased, and Estate of Viola Atewooftakewa (Tate), deceased, as a party petitioner, granted. Omer Luellen on the motions.

No. 905. Grove Press, Inc., et al. v. Maryland State Board of Censors. Appeal from Ct. App. Md. [Probable jurisdiction noted, ante, p. 984.] Motion of International Film Importers & Distributors of America, Inc., for leave to file a brief as amicus curiae granted. Mr. Justice Douglas took no part in the consideration or decision of this motion. Felix J. Bilgrey on the motion.